UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FREDDIE HARRIS,

                     Petitioner,

  -against-

POOLE, SUPT., Superintendent,

                     Respondent.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 4581 (ERK)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 16, 2005 ★

P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Edward R. Korman, United States District Judge, having been filed on May 8, 2005, denying the petition for a writ of habeas corpus; and denying a Certificate of Appealability; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that a Certificate of Appealability is denied.

Dated: Brooklyn, New York
       June 09, 2005

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court